**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                       No. 4:07CR00149 JLH

GEORGE CLINT CAVIN, JR.

**ORDER**

George Clint Cavin, Jr., filed a motion for non-guideline sentence. Document #9. For the reasons stated in open court at the sentencing hearing, his motion for a non-guideline sentence was granted, and he was sentenced to a term of three years probation.

As a part of Cavin's motion, he objected to paragraphs 6 and 12 of the presentence report. The Court sustained the objection to those two paragraphs. Those two paragraphs sought to hold Cavin responsible for an alleged insurance fraud scheme and money laundering in connection with that scheme. The Court held that when Cavin consented to the transfer of this case from the District of Puerto Rico to the Eastern District of Arkansas pursuant to Rule 20 of the Federal Rules of Criminal Procedure, he did not consent to the transfer of jurisdiction as to the alleged insurance fraud and money laundering scheme. The Court did not consider any conduct relating to allegations of insurance fraud or money laundering. The Court carefully explained to Cavin that if the Court considered that conduct in imposing sentence in this case, the sentence in this case might bar a subsequent prosecution based on that conduct. However, because the Court was not considering that conduct in this case, the sentence in this case would not bar a subsequent prosecution based on that conduct. The Court also explained that it was not ruling whether or not this district, the District of Puerto Rico, or any other district might have subject matter jurisdiction over a criminal case based

upon that conduct. The Court stated on the record that the holding in this case that the Court lacked jurisdiction was based on Rule 20, and that the holding was not intended to be res judicata or collateral estoppel on the issue of whether the Eastern District of Arkansas would have subject matter jurisdiction were a grand jury to return an indictment in this district based upon that conduct.

IT IS SO ORDERED this 3d day of April, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE